**Order filed July 12, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00342-CR

_____

**JOHN WAYNE BATES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 90-CR-0288**

## ORDER

On May 1, 2020, an information sheet was filed by the court reporter of the 212th District Court stating that no reporter's record exists for the post-conviction motion for DNA testing. The information sheet reflects the underlying trial record was taken by Dale Lee but does not specify whether it is available.

The reporter's record from the underlying trial is relevant to this appeal and the arguments of the parties. We therefore order the official court reporter for

212th District Court at the underlying trial, Dale Lee, to prepare and/or transmit the reporter's record from the May 1990 trial, if available. *See* Tex. R. App. P. 34.6(d). The supplemental reporter's record shall be filed with the clerk of this court **within 30 days** of the date of this order.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.